UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT McCARTHY, | No. C 07-3463   JL |
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE** |
| SUPERIOR AUTO OF EAST BAY, | |
| Defendant. | |

This case was brought under the Americans with Disabilities Act, 42 U.S.C. § 12181- 89, and is subject to the scheduling for such cases under General Order 56. The parties' deadline to complete their joint site inspection was October 10, 2007 and their deadline to file their joint Notice of Need for Mediation was 45 days after that. Nothing has been filed since the summons was returned August 31, 2007.

Accordingly, the parties are ordered to appear and show cause before this Court on February 27, 2008 at 9:30 a.m. why the case should not be dismissed for failure to comply with the Court's rules.

IT IS SO ORDERED.

DATED: January 24, 2008

_____
James Larson
Chief Magistrate Judge

G:\JLALL\CHAMBERS\CASES\CIVIL\07-3463\OSC.wpd           1