**PINNOCK & WAKEFIELD, A.P.C.**
David C. Wakefield, Esq.     Bar #: 185736
Theodore A. Pinnock, Esq.   Bar #: 153434
3033 Fifth Avenue, Suite 410
San Diego, CA  92103
Telephone: (619) 858-3671
Facsimile: (619) 858-3646

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MCCARTHY<br><br>　　　　　**Plaintiff,**<br>　　v.<br><br>SUPERIOR AUTO OF EAST BAY, LLC, d.b.a. SCION OF ALAMEDA a.k.a. SUPERIOR TOYOTA OF ALAMEDA a.k.a. TOYOTA/SCION OF ALAMEDA; LEONARD ALLEN GOODE; GOODE FAMILY TRUST; And DOES 1 THROUGH 10, Inclusive,<br><br>　　　　　**Defendants.** | **Case No.: C 07-3463 JL**<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS AND PLAINTIFF'S COMPLAINT IN ITS ENTIRETY.**<br><br>[Fed.R.Civ.P. Rule 41(a)(1)] |

///

///

///

1    Case Number: C07-3463 JL
Notice Of Voluntary Dismissal With Prejudice

Document Date: February 12, 2008

1
2
3   **PLAINTIFF ROBERT MCCARTHY,** through his attorneys of record, pursuant to
4   Federal Rules of Civil Procedure, Rule 41 (a)(1), herby requests and gives NOTICE that this
5   Court enter a voluntary dismissal with prejudice of all Defendants from Plaintiff's Complaint.
6   Additionally, Plaintiff requests that Plaintiff's complaint be dismissed with prejudice in its
7   entirety.
8
9   **IT IS SO REQUESTED AND NOTICE GIVEN.**
10
11
    Dated: February 11, 2008          **PINNOCK & WAKEFIELD, A.P.C.**
12
13
                              By:     /S/ David C. Wakefield
14                                    DAVID C. WAKEFIELD, ESQ.
                                      Attorneys for Plaintiff
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF SAN DIEGO**

I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action; my business address is 3033 Fifth Avenue, Suite 410, San Diego, California, 92103.

On this date, I served the following document(s) described as **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS AND PLAINTIFF'S COMPLAINT IN ITS ENTIRETY** on the following parties in this action by:

__**X**___ **BY ELECTRONIC SERVICE TRANSMISSION** via the United States District Court, Northern District of California, Case Management/Electronic Case Files, Filing System. I served a copy of the above listed document(s) to the e-mail addresses of the addressee(s) by use of email as identified and maintained therein.

Steve Scheck, Esq.
PALMIERI, TYLER, WIENER,
WILHELM & WALDRON LLP
2603 Main Street, Suite 1300
Irvine, California 92614
Tel: 949.851.9400
Fax: 949.851.1554
Email: SScheck@PTWWW.com
Attorneys for Defendants

_**x**___ **BY MAIL:** placing _____ the original __**x**___ a true copy thereof enclosed in sealed enveloped addressed as stated above. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid, mailed at San Diego, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

__**X**___ **FEDERAL:** I declare that I am employed in the office of a member of the Bar of this Court, at whose direction this service was made.

**EXECUTED** on February 12, 2008, at San Diego, California.

/S/ David C. Wakefield
David C. Wakefield

3   Case Number: C07-3463 JL
Notice Of Voluntary Dismissal With Prejudice

Document Date: February 12, 2008